**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHARMAINE SAUNDERS
AS JANE DOE

Plaintiff(s)

v.

NEIGHBORHOOD RESTAURANT PARTNERS, LLC

Defendant(s)

Case No. 8:22cv2483 TPB-CPT

MOTION TO SEAL - CIVIL SUIT
(Title of Document)

TO WHOM IT MAY CONCERN I AM REQUESTING TO KEEP MY IDENTITY SEALED HIDDEN GOING THROUGH THIS PROCESS HAS ALREADY COST ME A VICE PRESIDENT JOB AS THE LAKELAND POLICE DEPARTMENT OR SOMEONE ELSE PUT RECORDS RELATED TO THIS CASE ON THE INTERNET. (CRIMINAL PART OF THE CASE)

311 US HIGHWAY 27S
SEBRING, FL 33870